# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA GOODFELLOW,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and ROCKET MORTGAGE, LLC,<br><br>    Defendants. | Case No. 2:24-cv-01072-JAM-DMC<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING AGREED STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO COMPLAINT<br>BY NOT MORE THAN 28 DAYS (L.R. 144) (ECF No. 13)** |

Having reviewed and considered the Agreed Stipulation for Extension of Time for Defendant Trans Union LLC to Respond to the Complaint by not more than 28 days, and upon good cause shown,

**IT IS HEREBY ORDERED** that Defendant Trans Union LLC shall have up to and including **July 8, 2024**, in which to respond to Plaintiff's Complaint.

Dated: June 11, 2024        /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE