**SPENCER FANE LLP**
JEDIDIAH L. DOOLEY (SBN: 240105)
Email: jdooley@spencerfane.com
225 West Santa Clara St., Suite 1500
San Jose, California 95113
Telephone:   (408) 286 -5100
Facsimile:    (408) 286-5722

Attorneys for Defendant
Rocket Mortgage, LLC

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

Theresa Goodfellow,

               Plaintiffs,

    v.

Equifax Information Services, LLC.
Experian Information Solutions, Inc,
TransUnion LLC; Rocket Mortgage
LLC

             Defendants.

CASE NO.: 2:24-cv-01072-JAM-DMC

**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ROCKET MORTGAGE LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

1

1   Pursuant to Local Rules 143 and 144, Plaintiff Theresa Goodfellow
2   ("Plaintiff") and Defendant Rocket Mortgage LLC ("Rocket Mortgage"), by and
3   through their undersigned counsel, stipulate to extend the time for Rocket
4   Mortgage to respond to Plaintiff's Complaint to July 18, 2024.

5   The Complaint in this matter was served on Rocket Mortgage on May 30,
6   2024, and Rocket Mortgage's response to the complaint was originally due on June
7   20, 2024.  Rocket Mortgage obtained one prior extension to July 10, 2024.  Based
8   on its review of the Complaint, Rocket Mortgage intends to challenge certain
9   causes of action by way of a Rule 12(b)(6) Motion to Dismiss.  While Rocket
10  Mortgage has initiated the meet and confer process in connection with that motion,
11  the parties stipulating to an extension of Rocket Mortgage's responsive pleading
12  deadline to **July 18, 2024**, to allow the parties to complete the meet and confer
13  process and determine if the motion can be avoided.

14  The proposed new deadline for Rocket Mortgage to respond to the
15  Complaint will not result in an extension of more than 28 days from the original
16  due date.  Additionally, this change in responsive pleading deadline will not alter
17  the date of any deadline already fixed by the Court.

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

2

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Rocket Mortgage hereby attests that (1) Plaintiff's counsel has concurred with the filing of this document; and (2) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

Date:  July 3, 2024                    **SPENCER FANE LLP**


                                       */s/ Jedidiah L. Dooley*
                                       Jedidiah L. Dooley, Esq.
                                       Attorney for Rocket Mortgage LLC


Date:  July 3, 2024                    **GALE, ANGELO, JOHNSON P.C.**


                                       */s/ Elliot Gale*
                                       Joe Angelo, Esq.
                                       Elliot Gale, Esq.
                                       Attorney for Plaintiff Theresa Goodfellow



                                       **ORDER**


**IT IS SO ORDERED.**


Dated: July 03, 2024         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE

CASE NO. 2:24-cv-01072-JAM-DMC - STIPULATION AND ORDER