Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778
916-282-0771 fax

Attorney for Plaintiff
Theresa Goodfellow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Theresa Goodfellow,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Equifax Information Services, LLC, et. al.<br><br>　　　　Defendants. | Case No.: 2:24-cv-01072-JAM-DMC<br><br>**STIPULATION FOR ENTRY OF ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

　　　　Plaintiff Theresa Goodfellow ("Plaintiff") and Defendants Equifax Information Services, LLC Inc.; Experian Information Solutions, Inc., TransUnion LLC, and Rocket Mortgage LLC ("Defendants") (Plaintiff and Defendants are collectively the "Parties"), by and through their counsel of record, hereby submit this stipulation to allow Plaintiff to file a First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).

## **RECITALS**

　　1.　WHEREAS, Plaintiff filed her initial Complaint against Defendants on April 10, 2024.

　　2.　WHEREAS, Defendants filed their Answers on the following dates:

　　　　a.　Equifax Information Services, LLC: May 30, 2024

　　　　b.　Experian Information Solutions, Inc.: June 10, 2024

　　　　c.　TransUnion, LLC: July 8, 2024

      d.   Rocket Mortgage LLC: Responsive deadline extended to July 18$^{t}$ 2024

3.      WHEREAS, the Parties began the informal exchange of information.

4.      WHEREAS, the Parties have met and conferred regarding the filing of a First Amended Complaint.

5.      WHEREAS, the Parties, pursuant to FRCP 15(a)(2), have agreed to stipulate for Plaintiff to file a First Amended Complaint within 14 days of entry of the Court's Order approving such a stipulation, should the Court approve of the Parties' agreement.

6.      WHEREAS, should the Court grant the Parties' Stipulation, the Parties agree that Defendants shall Answer, Move or otherwise Respond to Plaintiff's First Amended Complaint within 30 days of Plaintiff's filing of same in order for Defendant to appropriately respond to any new claims alleged.

**THEREFORE**, in consideration of the foregoing, Plaintiff and Defendants, by and through their counsel of record, hereby **STIPULATE AND AGREE THAT** the Plaintiff can file a First Amended Complaint, subject to the Court's granting the Parties' stipulation.

**IT IS SO STIPULATED.**

DATED: July 11, 2024                  Gale, Angelo, Johnson P.C.

                                                   By    */s/ Joe Angelo*
                                                         Joe Angelo
                                                         Attorney for Plaintiff
                                                         Theresa Goodfellow

DATED: July 12, 2024                  Troutman Pepper Hamilton Sanders LLP

                                                   By    */s/ Thomas Abbott (as authorized on July 12, 2024)*
                                                         Thomas Abbott
                                                         Attorneys for Defendant
                                                         Experian Information Solutions, Inc.

DATED:  July 12, 2024     Nokes & Quinn

By   /s/ Thomas P. Quinn, Jr. (as authorized on July 12, 2024)
    Thomas P. Quinn, Jr.
    Attorney for Defendant
    Equifax Information Services, LLC

DATED:  July 12, 2024     Quilling, Selander, Lownds, Winslett & Moser PC

By   /s/ Kyle Pietrzak (as authorized on July 12, 2024)
    Kyle Pietrzak
    Attorney for Defendant
    Trans Union, LLC

DATED:  July 15, 2024     Spencer Fane LLP

By   /s/ Jedidiah Lee Dooley (as authorized on July 15, 2024)
    Jedidiah Lee Dooley
    Attorney for Defendant
    Rocket Mortgage, LLC

Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778
916-282-0771 fax

Attorney for Plaintiff
Theresa Goodfellow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THERESA GOODFELLOW,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, ET. AL.<br><br>    Defendants. | Case No.: 2:24-cv-01072-JAM-DMC<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

Upon consideration of Plaintiff Theresa Goodfellow and Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC TransUnion LLC, and Rocket Mortgage LLC's Stipulation for Entry of Order Granting Leave for Plaintiff to File a First Amended Complaint, and for good cause appearing, it is hereby **ORDERED** that:

a) Plaintiff shall file her First Amended Complaint within **14 days** of entry of this Order;

b) Defendant shall Answer, move, or otherwise respond to Plaintiff's First Amended Complaint within **30 days** of its filing.

IT IS SO ORDERED

Dated: July 18, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE