Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Theresa Goodfellow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| THERESA GOODFELLOW<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSUNION, LLC, et. al.<br>　　　　Defendants. | Case No.: 2:24-cv-01072-JAM-DMC<br><br>**STIPULATED REQUEST AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TRANSUNION, LLC** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Theresa Goodfellow and Defendant TransUnion, LLC ("TransUnion"), that TransUnion be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: August 23, 2024　　　　**Gale, Angelo, & Johnson, P.C.**

　　　　　　　　　　　　　　　　By: ____*/s/ Joe Angelo*____
　　　　　　　　　　　　　　　　Joe Angelo
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　Theresa Goodfellow

DATED: August 23, 2024　　　　**Quilling, Selander, Lownds, Winslett & Moser P.C.**

　　　　　　　　　　　　　　　　By: ____*/s/ Kyle Pietrzak (as authorized on 8-23-2024*____
　　　　　　　　　　　　　　　　Kyle Pietrzak
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　TransUnion, LLC

Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Theresa Goodfellow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THERESA GOODFELLOW,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC. et. al.<br>    Defendants. | Case No.: 2:24-cv-01072-JAM-DMC<br><br>**ORDER** |

   Pursuant to the stipulation of the Parties, defendant **TransUnion, LLC** is **DISMISSED with prejudice** and each party shall bear its own attorneys' fees and costs.

   IT IS SO ORDERED.

Dated: August 23, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE