Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Theresa Goodfellow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| THERESA GOODFELLOW<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et. al.<br>　　　　Defendants. | Case No.: 2:24-cv-01072-JAM-DMC<br><br>**STIPULATED AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Theresa Goodfellow and Defendant Equifax Information Services, LLC ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  September 16, 2024          **Gale, Angelo, & Johnson, P.C.**

                                          By:  */s/ Joe Angelo*
                                          Joe Angelo
                                          Attorney for Plaintiff
                                          Theresa Goodfellow

DATED:  September 16, 2024          **Nokes & Quinn**

                                          By:  */s/ Thomas P. Quinn, Jr. (as authorized on 9-9-2024*
                                          Thomas P. Quinn, Jr.
                                          Attorney for Defendant
                                          Equifax Information Services, LLC

Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Theresa Goodfellow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| THERESA GOODFELLOW,<br><br>   Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC. et. al.<br>   Defendants. | Case No.: 2:24-cv-01072-JAM-DMC<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to the stipulation of the Parties, defendant **Equifax Information Services, LLC** is **DISMISSED with prejudice** and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 16, 2024        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE