Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Theresa Goodfellow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| THERESA GOODFELLOW<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br><br>    Defendants. | Case No.: 2:24-cv-01072-JAM-DMC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Theresa Goodfellow and Defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  February 19, 2025         **Gale, Angelo, & Johnson, P.C.**

                                  By:  _/s/ Joe Angelo_
                                  Joe Angelo
                                  Attorney for Plaintiff
                                  Theresa Goodfellow

DATED:  February 19, 2025         **Troutman Pepper**

                                  By:  _/s/ Thomas N. Abbott (as authorized on 2-19-2025)_
                                  Thomas N. Abbott
                                  Attorney for Defendant
                                  Experian Informatino Solutions, Inc.

Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorney for Plaintiff
Theresa Goodfellow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| THERESA GOODFELLOW,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et. al.<br>　　　　　Defendants. | Case No.: 2:24-cv-01072-JAM-DMC<br><br>**ORDER DISMISSING WITH PREJUDICE DEFNDANT EXPERIAN INFORMATION SOLUTIONS, INC. <u>ONLY</u>** |

　　　Pursuant to the stipulation of the Parties, defendant Experian Information Solutions, Inc. is **DISMISSED with prejudic**e and each party shall bear its own attorneys' fees and costs.

　　　IT IS SO ORDERED.


Dated: February 19, 2025　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE