**SPENCER FANE LLP**
JEDIDIAH L. DOOLEY (SBN: 240105)
Email: jdooley@spencerfane.com
225 West Santa Clara St., Suite 1500
San Jose, California 95113
Telephone:    (408) 286 -5100
Facsimile:    (408) 286-5722

Attorneys for Defendant
Rocket Mortgage, LLC

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| Theresa Goodfellow,<br><br>          Plaintiffs,<br><br>     v.<br><br>Equifax Information Services, LLC.<br>Experian Information Solutions, Inc,<br>TransUnion LLC; Rocket Mortgage LLC,<br><br>          Defendants. | CASE NO.: 2:24-cv-01072-JAM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

1    Plaintiff Theresa Goodfellow ("Plaintiff") and Defendant Rocket Mortgage, LLC
2 ("Rocket Mortgage"), by and through their undersigned counsel, hereby stipulate and
3 agree, pursuant to EDCR 2.35, to extend the discovery deadline set forth in this Court's
4 Pretrial Scheduling Order by approximately thirty days (30) days, to July 25, 2025.  This
5 stipulation is supported by good cause, is the parties' first request, and is not made for
6 any purposes of delay.

7    The Court issued its Pretrial Scheduling Order on or about January 24, 2025. *See*
8 Dkt. No. 35. Since that time, the parties have been dutiful in exchanging written
9 discovery.  Such efforts include negotiating a protective order, serving their initial
10 disclosures, serving and responding to multiple sets of written discovery, and producing
11 a significant number of documents.  Following this exchange of written information, the
12 parties are now in a position to take the depositions of Plaintiff and certain
13 employees/corporate representatives of Rocket Mortgage.  While Plaintiff's deposition
14 occurred on June 18, 2025, given scheduling conflicts of certain deponents from Rocket
15 Mortgage and Rocket Mortgage's counsel, those depositions cannot occur before the
16 current discovery deadline of June 27, 2025.  The Rocket Mortgage deponents and
17 counsel, however, are available, in July 2025, and all of the identified depositions can
18 occur on or before July 25, 2025 absent any unforeseen delays. Plaintiff's counsel has
19 raised a concern about the need for expert testimony post depositions depending upon
20 what factual or legal issues may arise. Rocket Mortgage is not inclined to stipulate to
21 moving any expert disclosure dates. If after depositions are finished Plaintiff may file a
22 separate motion requesting additional time for expert disclosures.

23    The requested extension is limited in time and will allow all the deponents to be
24 deposed in an orderly manner.  Moreover, this stipulation will not alter any other Court
25 ordered deadlines.  *See* Dkt. No. 35, 39.  Specifically, this stipulation will not change or
26 alter the settlement conference scheduled for July 31, 2024, the August 22, 2025 deadline
27 to file dispositive motions, the October 21, 2025 hearing date for the dispositive motions,
28

the January 9, 2026 final pre-trial conference, or the March 9, 2026 trial date.

**IT IS SO STIPULATED.**

DATED this 20th day of June 2025.          DATED this 20th day of June 2025.

**GALE, ANGELO, JOHNSON P.C.**              **SPENCER FANE LLP**

*/s/ Joe Angelo*                            */s/ Jedidiah L. Dooley*

JOE ANGELO (SBN: 268542)                    JEDIDIAH L. DOOLEY (SBN: 240105)
Email: jangelo@gajplaw.com                  Email: jdooley@spencerfane.com
ELLIOT GALE (SBN: 263326)                   **SPENCER FANE LLP**
**GALE, ANGELO, JOHNSON P.C.**              225 West Santa Clara St., Suite 1500
2999 Douglas Blvd., Ste 111                 San Jose, California 95113
Roseville, CA 95661                         Telephone:   (408) 286 -5100
Telephone: (916) 290-7778                   Facsimile:   (408) 286-5722
Facsimile:  (916) 721-2767

Attorney for Plaintiff Theresa              Attorneys for Defendant
Goodfellow                                  Rocket Mortgage, LLC

1 **ORDER**

2    Based upon the foregoing Stipulation of the Parties, and for good cause appearing
3 therefore, the discovery deadline is **EXTENDED** to **July 25, 2025**. All other deadlines
4 in the Pretrial Scheduling Order (ECF No. 35) shall remain in effect.

5    **IT IS SO ORDERED.**

7 Dated: June 23, 2025          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
8                               SENIOR UNITED STATES DISTRICT JUDGE