1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION**

THERESA GOODFELLOW,

           Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS,
INC., ROCKET MORTGAGE SOLUTIONS,
LLC

         Defendants.

Case No.: 2:24-cv-01072-JAM-DMC

**SEALING ORDER**

      The Court has reviewed Plaintiff's unopposed request to seal documents (ECF No. 51).
The Court **GRANTS** Plaintiff's request in its entirety, as follows:

      **IT IS HEREBY ORDERED THAT**:

      The following documents are to be filed under seal:

1. **Exhibit A** to the declaration of Elliot Gale in support of motion for partial summary judgment..

2. **Exhibit B** to the declaration of Elliot Gale in support of motion for partial summary judgment.

3. **Exhibit D** to the declaration of Elliot Gale in support of motion for partial summary judgment.

4.  **Exhibit E** to the declaration of Elliot Gale in support of motion for partial summary judgment.

5.  **Exhibit G** to the declaration of Plaintiff Theresa Goodfellow in support of motion for partial summary judgment.

Dated:  September 16, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE