Elliot Gale (Bar # 263326)
egale@gajplaw.com
Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale Angelo Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph.
916-282-0771 fax

Attorneys for Plaintiff
Theresa Goodfellow

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION**

| | |
|---|---|
| THERESA GOODFELLOW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ROCKET MORTGAGE SOLUTIONS, LLC<br><br>　　　　Defendants. | Case No.: 2:24-cv-01072-JAM-DMC<br><br>**<u>SEALING ORDER</u>** |

　　　　The Court has reviewed Plaintiff's unopposed request to seal documents (ECF No. 64). The Court **GRANTS** Plaintiff's request, as follows::

　　　　**IT IS HEREBY ORDERDED THAT**:

　　　　The following documents, corresponding to ECF No. 63, are to be filed under seal:

1. **Exhibit A** to the declaration of Elliot Gale in support of opposition to Rocket's motion for summary judgement.

2. **Exhibit B** to the declaration of Elliot Gale in support of motion for partial summary judgment.

　　　　Dated:  September 24, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE